# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01760(1,2) |
| | § |
| (1) Robert Lee Yates | § |
| (2) Deaul Killingsworth | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 25, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(v)(I)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On July 25, 2022, defendants Robert Yates and Deual Killingsworth, both United States citizens, were arrested near Carrizo Springs, Texas, within the Western District of Texas, for conspiracy to transport four illegal aliens further into the United States. At immigration checkpoint T-909 on FM 2644, Killingsworth was encountered as the driver of a Dodge Journey SUV and was sent to secondary inspection for further questioning.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

07/28/2022              at   DEL RIO, Texas
File Date                   City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01760(1,2)

(1) Robert Lee Yates
(2) Deaul Killingsworth

**Continuation of Statement of Facts:**

Shortly after, Yates was encountered driving a Mercedes van at primary inspection. During a consent search of the vehicle, Agents located four subjects who were determined to be Mexican citizens illegally present in the United States. In a sworn statement, Yates admitted to conspiring with Killingsworth and others to knowingly pick illegal aliens near Eagle Pass, Texas and to drive them to San Antonio, Texas."

_____  _____
Signature of Judicial Officer                Signature of Complainant