IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CAUSE NO: 2:22-CR-01886-AM |
| ROBERT YATES | § § § | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT and ENTRY OF PLEA OF NOT GUILTY

NOW COMES defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally, with his/her attorney, before a Judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty". The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

**Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date.** *see Local Criminal Rules CR-12 and CR-47-Unless otherwise ordered by the Court.*

Date: 8/29/22

_____
Defendant

_____
Attorney for Defendant

14400 Jones Maltsberger, SA, TX 78247
Attorney's Address

(210) 630-4780

(210) 855-7334 (fax)
Attorney's Telephone & Fax No.

### ORDER

APPROVED by the Court. A plea of "NOT GUILTY" is entered for the Defendant effective this date.

DATE: _____

_____
United States Magistrate Judge

**ALL WAIVERS MUST BE FILED IN THE U.S. DISTRICT CLERK'S OFFICE NOT LATER THAN 9:00 O'CLOCK A.M. OF THE SCHEDULED DATE OF ARRAIGNMENT**

Revised 10/03

## WAIVER OF MINIMUM TIME TO TRIAL

3) Defendant understands that he/she has a right to a minimum period of time prior to trial which shall not commence less than thirty (30) days from the date on which the Defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30) day period.

Defendant having conferred with his/her attorney in this regard, hereby waives the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: 8/29/22

_____
Defendant

Case Darwin
_____
Attorney for Defendant